# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147146-7

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 147146
                                       COA: 311298
                                       Wayne CC: 92-006373-02-FC

BARTON ALLEN,
     Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                         SC: 147147
                                       COA: 311299
                                       Wayne CC: 92-006373-01-FC

SAMUEL MIMS,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 29, 2013 orders of the Court of Appeals is considered, and it is DENIED, because the defendants have failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

s0923